# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY HEAD,**<br><br>     **Plaintiff,**<br><br> v.<br><br>**CITY OF PHILADELPHIA,**<br><br>     **Defendant.** | **CIVIL ACTION NO. 20-5308** |

## ORDER

 **AND NOW,** this 9th day of September 2022, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 11] and the related briefing, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

 It is so **ORDERED.**

                      **BY THE COURT:**

                      **/s/ Cynthia M. Rufe**

                      **CYNTHIA M. RUFE, J.**